IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,          No. CR S-04-1911 LKK KJM P

    vs.

RAM KISHAN SAINI,

    Movant.            <u>ORDER</u>

_____/

        On May 11, 2005, the parties filed a stipulation indicating this matter should be dismissed without prejudice. Good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed without prejudice. <u>See</u> Fed R. Civ. P. 41(a).

DATED: May 12, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

---

1

sain1911.stip